THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM BOEHLE,

    Plaintiff,

-vs-                                          Case No.: 8:13-CV-3258-T-33-EAJ

COMMONWEALTH FINANCIAL
SYSTEMS, INC.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, WILLIAM BOEHLE, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant COMMONWEALTH FINANCIAL SYSTEMS, INC. have reached a settlement with regard to this case and are presently drafting, finalizing and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Dated this 5th day of June 2014.

Respectfully submitted,

                                                */s/ Jared M. Lee*
                                                Jared Michael Lee, Esquire
                                                Morgan & Morgan, P.A.
                                                20 N. Orange Ave., Suite 1600
                                                Orlando, FL 32801
                                                Tele: (407) 420-1414
                                                Fax:  (407) 245-3485
                                                Florida Bar #:  0052284
                                                Attorney for Plaintiff
                                                jlee@forthepeople.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 5th day of June, 2014, I caused a copy of the foregoing to be electronically filed with the Clerk of the District Court using the CM/ECF system, which will provide electronic notice of the filing to all counsel of record.

                                        */s/ Jared M. Lee*
                                        Jared M. Lee, Esquire
                                        Morgan & Morgan, P.A.
                                        20 N. Orange Avenue
                                        Suite 1600
                                        Orlando, Florida 32801
                                        Tele: (407) 420-1414
                                        Fax: (407) 245-3485
                                        JLee@ForThePeople.com
                                        JMLPleadings@ForThePeople.com
                                        Florida Bar #: 0052284
                                        Attorney for Plaintiff